UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PROTECT OUR DEFENDERS and CONNECTICUT VETERANS LEGAL CENTER, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF VETERANS AFFAIRS, <br><br> *Defendant.* | No. 3:18-cv-00403 (VAB) <br><br><br> August 2, 2018 |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

Please take notice that the undersigned attorney, Michael J. Wishnie, is admitted to practice in this Court and hereby enters an appearance in this case on behalf of Plaintiffs Protect Our Defenders and Connecticut Veterans Legal Center.

Dated: August 2, 2018

    Respectfully submitted,

    By: /s/ Michael J. Wishnie_____
    Michael J. Wishnie, Attorney, ct27221
    Jerome N. Frank Legal Serv. Organization
    P.O. Box 209090
    New Haven, CT 06520-9090
    Telephone: (203) 432-4800
    Fax: (203) 432-1426
    Email: Michael.Wishnie@ylsclinics.org

    *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2018, the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: August 2, 2018

>By: /s/ Michael J. Wishnie
>Michael J. Wishnie, Attorney, ct27221
>Jerome N. Frank Legal Serv. Organization
>P.O. Box 209090
>New Haven, CT 06520-9090
>Telephone: (203) 432-4800
>Fax: (203) 432-1426
>Email: Michael.Wishnie@ylsclinics.org